UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :    19Cr620 (DLC)
 UNITED STATES OF AMERICA,              :
                                        :         ORDER
           -v-                          :
                                        :
 UNIQUE CHAVIS,                         :
                   Defendant.           :
                                        :
----------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/15/2020

DENISE COTE, District Judge:

The sentencing of Unique Chavis is currently scheduled to occur on **March 20** at **2:00 pm**. It is hereby

ORDERED that the Government and defendant shall confer as to whether the sentencing should be adjourned in light of the COVID-19 outbreak.

IT IS FURTHER ORDERED that any such request for an adjournment or opposition to the adjournment request must be received no later than **two business days** before the scheduled sentencing proceeding. A request for an adjournment shall include the parties' proposal for a new sentencing date.

Dated:   New York, New York
         March 15, 2020

                              _____
                                      DENISE COTE
                              United States District Judge