UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :        19Cr620 (DLC)
UNITED STATES OF AMERICA,               :
                                        :            ORDER
            -v-                         :
                                        :
UNIQUE CHAVIS,                          :
                    Defendant.          :
                                        :
----------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/17/2020

DENISE COTE, District Judge:

    Pursuant to this Court's March 15, 2020 Order directing the

Government and defendant to confer whether the March 20

sentencing should be adjourned in light of the COVID-19

outbreak, the Court has received the parties' joint letter dated

March 16 requesting that the March 20 sentencing be adjourned to

April 24.  Accordingly, it is hereby

    ORDERED that the sentence is adjourned to **April 24, 2020** at

**11:30 a.m.** in Courtroom 18B, 500 Pearl Street.


Dated:    New York, New York
          March 17, 2020



                              _____
                                   DENISE COTE
                              United States District Judge