```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :    19cr0620 (DLC)
                                          :
          -v-                             :    ORDER
                                          :
UNIQUE CHAVIS,                            :
                                          :
               Defendant.                 :
                                          :
------------------------------------------X
```

DENISE COTE, District Judge:

Having scheduled the defendant to be sentenced on April 24, 2020, it is hereby

ORDERED that, in light of the COVID-19 outbreak, the defendant's sentencing is adjourned to **June 18, 2020** at **10:00 am**.

IT IS FURTHER ORDERED that any objection to this Order is due Friday, **March 27, 2020**.

Dated:   New York, New York
         March 23, 2020

```
                              _____
                                    DENISE COTE
                              United States District Judge
```