```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :      19cr0620 (DLC)
                                        :
            -v-                         :         ORDER
                                        :
UNIQUE CHAVIS,                          :
                                        :
                    Defendant.          :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

For the reasons set forth in the April 7, 2020 letter from attorney Andrew Bauer requesting that he be relieved as counsel and that new counsel be appointed to represent the defendant, it is hereby

ORDERED that request to be relieved is granted.

IT IS FURTHER ORDERED that the C.J.A. attorney on duty this day, Anthony Cecutti, is appointed as counsel for the defendant.

IT IS FURTHER ORDERED that as requested by Mr. Bauer, his associate, Harry Fidler, is granted leave to remain as counsel to assist newly appointed counsel.

Dated:    New York, New York
          April 8, 2020

                              _____
                                    DENISE COTE
                              United States District Judge