```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
 UNITED STATES OF AMERICA,              :
                                        :
              -v-                       :     19cr620 (DLC)
                                        :
 UNIQUE CHAVIS,                         :        ORDER
                                        :
                       Defendant.       :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

An Order of June 8, 2020 scheduled the defendant to be sentenced on Friday, August 14, 2020 at 11:30 a.m.  The June 8 Order also requested that the defendant inform the Court by July 31 if he would consent to be sentenced in a videoconference proceeding in the event an in person proceeding is not available.  An in court sentencing may be available to the defendant.  Accordingly, it is hereby

ORDERED that defense counsel respond to the following two questions by Monday, **July 27, 2020** at **noon:**

> 1) If both an in-court and videoconference proceeding are available, does the defendant prefer to be sentenced in an in-court proceeding in Courtroom 18B, 500 Pearl Street, or through videoconference technology via Skype for Business?
>
> 2) If an in-court sentencing proceeding is unavailable, does the defendant consent to be sentenced at a videoconference proceeding?

If the defendant consents to be sentenced at a videoconference proceeding, either as a matter of preference or because an in-court proceeding is unavailable, please complete and submit the written consent form that was attached to the June 8 Order if it is feasible to do so.

Dated:　　New York, New York
　　　　　　July 20, 2020

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　DENISE COTE
　　　　　　　　　　　　　　　　United States District Judge