```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
 ----------------------------------------X
                                          :
 UNITED STATES OF AMERICA,                :
                                          :
              -v-                         :    19cr620 (DLC)
                                          :
 UNIQUE CHAVIS,                           :    ORDER
                                          :
                    Defendant.            :
                                          :
 ----------------------------------------X
```

DENISE COTE, District Judge:

On December 13, 2019, the defendant Unique Chavis entered a plea of guilty.  Sentence was scheduled to occur on March 20, 2020.  The Presentence Report has been filed and the parties have also filed their sentencing submissions.  Because of the COVID-19 pandemic, the sentence was adjourned to April 24, then to June 18, and finally to August 14.

In-court proceedings resumed in this district in July.  On July 20, the Court inquired whether the defendant preferred to have the August 14 sentence occur as an in-court proceeding or as a videoconference proceeding.  On July 27, defense counsel responded that the defendant prefers an in-court proceeding.  He also requested an adjournment of the sentencing proceeding to September or October.  The request was based in part on counsel's understanding that an in-court proceeding is likely to be unavailable in August.

This Court has confirmed that, as of now, an in-court proceeding can go forward on August 14.  Accordingly, it is hereby

ORDERED that the request to adjourn the August 14 sentence is denied.  The sentencing shall proceed as scheduled in Courtroom 18B, 500 Pearl Street, on Friday, **August 14, 2020** at **11:30 a.m.**

IT IS FURTHER ORDERED that all individuals seeking entry to 500 Pearl Street must complete a questionnaire and have their temperature taken before being allowed entry into the courthouse.  **To gain entry to 500 Pearl Street, follow the instructions provided here**:

>   https://nysd.uscourts.gov/sites/default/files/2020-07/SDNY%20Screening%20Instructions.pdf

IT IS FURTHER ORDERED that all individuals must practice social distancing at all times in the courthouse.  Individuals also must wear face masks at all times in the courthouse unless the Court authorizes their removal.

IT IS FURTHER ORDERED that by **August 4, 2020,** defense counsel must advise the Court of how many spectators will attend the sentencing.  The parties must advise the Court by the same date how many individuals will be seated at counsel's tables.  Special accommodations may need to be made if more than **ten**

spectators are expected to attend, or more than **three** individuals are expected to be seated at each counsel's table.

IT IS FURTHER ORDERED that members of the press and family members who are not able to attend the in court sentencing of the defendant may listen to the sentencing proceeding through a telephone link by calling **888-363-4749** and using access code **4324948**.

Dated:   New York, New York
         July 28, 2020

```
                              _____
                                    DENISE COTE
                              United States District Judge
```