```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA,                :      19cr620 (DLC)
                                         :
            -v-                          :      RECOMMENDATION
                                         :
UNIQUE CHAVIS,                           :
                                         :
                       Defendant.        :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On August 14, 2020, this Court sentenced the defendant to 36 months of imprisonment and 3 years of supervised release. On August 16, the defendant requested that this Court recommend that the Bureau of Prisons designate him to a prison close to New York City. Accordingly, it is hereby

RECOMMENDED that the Bureau of Prisons designate the defendant to an institution as close as possible to New York City.

Dated:    New York, New York
          August 19, 2020

                                  _____
                                           DENISE COTE
                                  United States District Judge