LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

September 30, 2024

**BY ECF**
The Honorable Denise L. Cote
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

### Re: United States v. Unique Chavis; 19 Cr. 620 (DLC)

Dear Judge Cote:

I represent Unique Chavis in the above-referenced matter, having been previously appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A.

I write, without objection from the Department of Probation ("Probation"), to respectfully request that Mr. Chavis be granted early termination from supervised release pursuant to 18 U.S.C. Section 3583(e)(1).[1] Probation's support of early termination is based on Mr. Chavis's "positive adjustment" to supervision, his compliance with his conditions, rehabilitation efforts, and his overall productive conduct during the last 3 years. Simply put, there is no need to continue to supervise Mr. Chavis.

By way of background, Mr. Chavis was arrested and charged with a firearms offense on August 5, 2019. Mr. Chavis pleaded guilty on December 13, 2019, pursuant to a plea agreement with the Government.[2] He admitted to possessing a firearm after previously being convicted of a felony. On August 14, 2020, Your Honor agreed that a downward variance was

---

[1] A court may terminate supervised release "at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. Section 3583(e)(1).

[2] The stipulated Guidelines range was 46 to 57 months' imprisonment.

Case 1:19-cr-00620-DLC   Document 39   Filed 10/04/24   Page 2 of 2
Case 1:19-cr-00620-DLC   Document 38   Filed 09/30/24   Page 2 of 2

appropriate and sentenced Mr. Chavis to 36 months' imprisonment and three years' supervision.

Mr. Chavis was released from prison on March 21, 2022. He has completed 2 ½ years of supervision. He has approximately 6 months left. Over the course of his supervision, he has been steadily employed, drug-free and not incurred any new convictions. He has also successfully completed an anger management program. He has been living a responsible, productive and law-abiding life.

I have conferred with the Government about the instant request. Based on his positive adjustment to supervision, the Government defers to Probation.

Accordingly, based on his conduct while on supervision and in the interests of justice, I respectfully request that Mr. Chavis be granted early termination from supervised release.

Thank you for your consideration.

Respectfully submitted,

/s/

Anthony Cecutti, Esq.

Granted.

*[signature]*
10/4/24